An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC, A NEVADA LIMITED LIABILITY COMPANY,<br><br>Appellant,<br>vs.<br>NATIONSTAR MORTGAGE, LLC., A DELAWARE LIMITED LIABILITY COMPANY,<br><br>Respondent. | No. 64482<br><br>**FILED**<br><br>DEC 3 0 2014<br><br>TRACIE K. LINDEMAN<br>CLERK OF SUPREME COURT<br>BY _S. Young_<br>DEPUTY CLERK |
| SFR INVESTMENTS POOL 1, LLC, A NEVADA LIMITED LIABILITY COMPANY,<br><br>Appellant,<br>vs.<br>NATIONSTAR MORTGAGE, LLC., A DELAWARE LIMITED LIABILITY COMPANY,<br><br>Respondent. | No. 65261 |

## ORDER GRANTING MOTION FOR REMAND AND DISMISSING APPEAL

The parties have filed a joint motion to dismiss these consolidated appeals and remand these matters to the district court pursuant to *Huneycutt v. Huneycutt*, 94 Nev. 79, 575 P.2d 585 (1978); *see also Foster v. Dingwall*, 126 Nev. 49, 228 P.3d 453 (2010). The motion is accompanied by an order of the district court certifying that upon remand it is inclined to vacate its orders denying injunctive relief and granting the motion to dismiss and to "allow litigation to continue consistent with the holdings in the recent *SFR* opinion."

Cause appearing, we grant the joint motion. Accordingly, we remand these matters to the district court pursuant to its certification, and we order these consolidated appeals dismissed. This dismissal is

14-42489

without prejudice to appellant's right to file a motion to reinstate these consolidated appeals should the district court decline to grant the relief requested.[1] Any such motion to reinstate these consolidated appeals shall be filed within 60 days of the district court's order declining to grant the requested relief. The parties' joint motion for an extension of time to file the answering brief is denied as moot.

It is so ORDERED.

_____ , J.
Pickering

_____ , J.
Parraguirre

_____ , J.
Saitta

cc: Hon. Douglas W. Herndon, District Judge
Howard Kim & Associates
Akerman LLP/Las Vegas
Eighth District Court Clerk

---

[1]We note that any aggrieved party may file a notice of appeal from any appealable order entered at the completion of the district court proceedings. *See* NRAP 3A.